IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TYRONE ALLEN**                                                                                    **PLAINTIFF**
ADC #109791

v.                                CASE NO. 2:23-CV-00009-BSM

**RANDY PHILHOURS,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE